UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSUE NIEVES,

    Plaintiff,

v.                                                    Case No: 8:18-cv-1314-T-36SPF

ORTEGA FAMILY RESTAURANTS LLC
and CASIMIRO ORTEGA,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on August 31, 2018 (Doc. 17). In the Report and Recommendation, Magistrate Judge Flynn recommends that the Court grant the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. 16). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On August 31, 2018, the parties advised the Court that they had no objections to the Report and Recommendation (Doc. 18).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice (Doc. 16) is **GRANTED.** The Settlement Agreement (Doc. 16 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. However, the Court declines to reserve jurisdiction of this matter.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on September 4, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record